# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WANDA ROSADO, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MORGAN & MORGAN ATLANTA PLLC, MORGAN & MORGAN ATLANTA MANAGEMENT, INC. and JUSTIN MILLER,<br><br>    Defendants.<br>_____ | CASE NO. 1:15-cv-01672-MHC |

## JOINT MOTION FOR STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff WANDA ROSADO (hereinafter "Plaintiff') and Defendants MORGAN & MORGAN ATLANTA PLLC, MORGAN & MORGAN ATLANTA MANAGEMENT, INC. and JUSTIN MILLER. (hereinafter "Defendants") (hereinafter collectively the "Parties"), by and through the undersigned counsel, and hereby jointly request that this Court dismiss this case with prejudice.

Pursuant to the case law regarding settlement of FLSA claims, there are two ways in which claims under the FLSA can be settled and released by employees.

First, Section 216(c) of the FLSA allows employees to settle and waive their claims under the FLSA if the payment of unpaid wages by the employer to the employee is supervised by the Secretary of Labor. See 29 U.S.C. 216(c) of the FLSA; *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Second, in the context of a private lawsuit brought by an employee against an employer under Section 216(b) of the FLSA, an employee may settle and release FLSA claims against an employer if the parties present the District Court with a proposed settlement and the District Court enters a stipulated judgment approving the fairness of the settlement. *Id.*; see also *Sculte, Inc. v. Gandi*, 328 U.S. 108, 66 S.Ct. 925, 928 n.8, 90 L.Ed. 1114 (1946); *Jarrad v. Southeastern Shipbuilding Corp.*, 163 F.2d 960, 961 (5th Cir. 1947).

However, *Lynn Foods* only requires Court approval of any FLSA settlement which involves a compromise of the Plaintiff's claims.  If the parties submit a stipulation stating that the Plaintiff's claims will be paid in full, without compromise, there is no need for the Court to review the settlement.  See *Mackenzie v. Kindred Hosps. E., LLC*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003) (noting that *Lynn's Food* "addresses judicial oversight of 'compromises' of FLSA claims…There is no need for judicial scrutiny where, as here, the Defendant represents that it has offered the Plaintiff more than full relief, and the Plaintiff has not disputed that representation").

The settlement of the instant action involves a situation in which the Plaintiff's claims will be paid in full.  Accordingly, the Parties request that this action be dismissed with prejudice.  However, should the Court require the Parties to provide additional information or take additional action, the Parties stand ready to do so.

For the forgoing reasons, the Parties jointly and respectfully request that this Court enter the jointly stipulated dismissal of the instant action with prejudice.

Submitted this 11th day of February 2016.

| /s/ Paul Sharman | /s/ Christopher P. Butler |
|---|---|
| Paul Sharman | Christopher P. Butler |
| Georgia Bar No. 227207 | Georgia Bar No. 099522 |
| paul@sharman-law.com | cbutler@fordharrison.com |
| | |
| THE SHARMAN LAW FIRM, LLC | FORD & HARRISON LLP |
| 11175 Cicero Drive, Suite 100 | 271 17th Street, N.W., Suite 1900 |
| Alpharetta, GA 30022 | Atlanta, GA 30363 |
| Telephone: 678-242-5297 | Telephone:  404-888-3976 |
| Facsimile: 678-802-2129 | Facsimile: 404-832-8706 |
| | |
| | Denise L. Wheeler |
| | Florida Bar No. 17809 |
| | (*Admitted Pro Hac Vice*) |
| | FORD & HARRISON LLP |
| | 1514 Broadway, Suite 203 |
| | Fort Myers, FL  33901 |
| | Telephone:  239-314-2280 |
| | Facsimile:  239-314-2281 |
| | dwheeler@fordharrison.com |
| | *Attorneys for Defendants* |

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendant certifies that this document has been prepared in Times New Roman, 14-point font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1(B).

Submitted this 11th day of February 2016.

/s/ Christopher P. Butler

Christopher P. Butler
Georgia Bar No. 099522
cbutler@fordharrison.com

FORD & HARRISON LLP
271 17th Street, N.W., Suite 1900
Atlanta, GA 30363
Telephone:  404-888-3976
Facsimile: 404-832-8706

Denise L. Wheeler
Florida Bar No. 17809
(*Admitted Pro Hac Vice)*
FORD & HARRISON LLP
1514 Broadway, Suite 203
Fort Myers, FL  33901
Telephone:  239-314-2280
Facsimile:  239-314-2281
dwheeler@fordharrison.com
*Attorneys for Defendants*