IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WANDO ROSADO, Individually and
on behalf of others similarly situated,

    Plaintiff,

v.

MORGAN & MORGAN ATLANTA,
PLLC, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:15-CV-1672-MHC

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement and Release [Doc. 23] ("Joint Motion").

The Court has reviewed the Settlement Agreements, Covenants Not to Sue, and General Releases ("Settlement Agreements"), filed as Exhibits B and C to the Joint Motion, to determine their adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216.[1] See Lynn's Food Stores, Inc. v.

---

[1] Notwithstanding this Court's previously issued Order of February 12, 2016, the parties in the current joint motion continue to assert that one of the "ways" in which the parties could have settled their claims in this case is without judicial approval. Joint Motion at 2 (citing MacKenzie v. Kindred Hosps. E., LLC, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003)). This argument was already considered and rejected by this Court. Order of Feb. 12, 2016 [Doc. 22] at 2-4.

United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties' Settlement Agreements and the record in this case, the Court concludes: (1) the terms of the Settlement Agreements are a fair, reasonable, and represent an adequate resolution of this action; and (2) the Settlement Agreements were reached in an adversarial context where all parties, including Plaintiff Wanda Rosado and opt-in Plaintiff Erin Knopick, had legal representation.

Upon consideration of the parties' Joint Motion, the Court **ORDERS** that the payment of the settlement amounts and attorneys' fees shall be made as provided in the Settlement Agreements. The costs of litigation, including attorneys' fees, shall be paid as set forth in the Settlement Agreements.

Accordingly, the Court **GRANTS** the Joint Motion [Doc. 23] and **APPROVES** the parties' Settlement Agreements and releases and hereby **DISMISSES** all claims against Defendants in the above-styled action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 29th day of February, 2016.

_____
MARK H. COHEN
United States District Judge